FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 18 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

07-CV-01819-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT STENBERG, </br></br>Plaintiff, </br></br>v. </br></br>MICHAEL J. ASTRUE, </br>Commissioner of Social Security, </br></br>Defendant. | CASE NO. C07-1819-MJP </br></br></br>ORDER OF REMAND |

Having reviewed the record, the Report & Recommendation of United States Magistrate Judge Mary Alice Theiler, and there being no objections to the Report & Recommendation, it is therefore ORDERED:

(1) The Court adopts the Report & Recommendation;

(2) The Court remands this matter for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 18 day of August, 2008.

MARSHA J. PECHMAN
United States District Judge

ORDER OF REMAND
PAGE -1